**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1135

MIRANDA MALIK,

Plaintiff - Appellant,

v.

AMAZON.COM SERVICES, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:21-cv-00627-MOC-DCK)

Submitted:  July 31, 2025                     Decided:  September 16, 2025

Before NIEMEYER, KING, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Miranda Malik, Appellant Pro Se.  William J. McMahon, IV, Kristine Marie Sims, CONSTANGY, BROOKS, SMITH & PROPHETE, LLP, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miranda Malik appeals the district court's order granting summary judgment to the Defendant in her civil action.  We have reviewed the record and find no reversible error.  Accordingly, we grant the pending motion and affirm the district court's order. *See Malik v. Amazon.com Servs.*, LLC, No. 3:21-cv-00627-MOC-DCK (W.D.N.C. Jan. 12, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*